# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TIMOTHY J. HUTTON,

Appellant,

v.

JILL A. HUTTON,

Appellee.

No. 2D23-964

———————————————

November 15, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Sarasota County; Maria Ruhl, Judge.

Timothy J. Hutton, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.